**Denied and Opinion Filed January 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00044-CV

### IN RE LEDOUGLAS JOHNSON, Relator

**Original Proceeding in the Fifth District Court of Appeals
Dallas County, Texas**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Myers
Opinion by Justice Bridges

Before the Court is the Petition for Writ of Mandamus filed by LeDouglas Johnson in which he contends that the Dallas County Democratic Party Chair, Darlene Ewing, improperly failed to reject the application of Roberto Cañas, Jr. for inclusion on the 2014 Dallas County Democratic Primary Ballot. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

140044F.P05

/David Bridges/
DAVID BRIDGES
JUSTICE